1

2

3

4                              UNITED STATES DISTRICT COURT

5                                      DISTRICT OF NEVADA

6                                              * * *

7    UNITED STATES OF AMERICA,                    Case No.: 2:19-cr-00024-RFB-VCF

8                    Plaintiffs,

9           v.

10   KEVIN CLIFTON GREEAR,

11                   Defendant.

12   _____

     UNITED STATES OF AMERICA,                    Case No.: 3:13-cr-00062-RCJ-CLB
13
                     Plaintiffs,
14
            v.                                    **REASSIGNMENT ORDER**
15
     KEVINCLIFTON GREEAR,
16
                     Defendant.
17   _____

18          The presiding District Judges in these actions have determined that these actions are related

19   and that there is good cause for them to be assigned to the same District Judge. Reassignment will

20   promote judicial efficiency, avoid duplicative filings by the parties, and will not result in prejudice

21   to the parties.

22

23          Therefore,

24          **IT IS HEREBY ORDERED** that case no. 3:13-cr-00062-RCJ-CLB is reassigned to the

25   Honorable Richard Franklin Boulware II as district judge and the Honorable Cam Ferenbach

26

27

28

as magistrate judge for all further proceedings.  This case shall henceforth bear the case no. 3:13-cr-00062-RFB-VCF.

        DATED: December 4, 2019.


                                                    _____
                                                    **ROBERT C. JONES**
                                                    **Senior United States District Judge**

                                                    _____
                                                    **RICHARD F. BOULWARE, II**
                                                    **United States District Judge**